7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Eleanor E Miller
*Debtor*

*Bankruptcy Case No.*
14–40560–abf7

**Erlene Krigel**
    Plaintiff(s)

*Adversary Case No.*
14–04109–abf

v.

**Eleanor E Miller**
    Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

**IT IS ORDERED AND ADJUDGED**: Judgment by Default is hereby entered in favor of the Plaintiff, and against Defendant Eleanor E. Miller as follows: 1.The Defendant is ordered, within ten (10) days after entry of this Order, to turn over to Plaintiff (1) records relating to the inheritance, such as when she expected to receive it, how much, the insurance company holding the benefit, the named beneficiaries and any bills that the Defendant used to pay for her nephews funeral, and (2) the entire sum of the inheritance that she has received.
2.Should Defendant fail to timely comply with the foregoing requirements, the Court shall deny (or if applicable, revoke) the Defendants discharge.
3.The Defendant is ordered to pay to the Plaintiff the amount of $1,467.49 and that such judgment will be a final judgment for purposes of execution.

Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk

Date of issuance: 10/15/14

Court to serve